**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-7330**

CHARLTON JAVON DOWLING,

Plaintiff - Appellant,

versus

STATE OF SOUTH CAROLINA; PAUL W. GARFINKLE;
STATE OF SOUTH CAROLINA DEPARTMENT OF SOCIAL
SERVICES,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill. Patrick Michael Duffy, District
Judge. (0:06-cv-01309-PMD)

Submitted: October 31, 2006       Decided:  November 8, 2006

Before WILLIAMS, MICHAEL, and GREGORY, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Charlton Javon Dowling, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Charlton Javon Dowling seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Dowling v. South Carolina, No. 0-06-cv-01309-PMD (D.S.C. June 28, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED